01
02
03
04

05                                  UNITED STATES DISTRICT COURT
                                   WESTERN DISTRICT OF WASHINGTON
06                                             AT SEATTLE

07   RICHARD TYLER FRAZER,                    )
                                              )    CASE NO. C12-5856-RSL
08          Plaintiff,                        )
                                              )
09          v.                                )    ORDER AFFIRMING
                                              )    COMMISSIONER
10   CAROLYN W. COLVIN,                       )
     Acting Commissioner of Social Security,  )
11                                            )
            Defendant.                        )
12   _____  )

13          The Court has reviewed the entire record, including the Administrative Record, the

14   memoranda of the parties, and the Report and Recommendation of United States Magistrate

15   Judge Mary Alice Theiler.   It is therefore ORDERED:

16          (1)     The Court adopts the Report and Recommendation;

17          (2)     The Court AFFIRMS the decision of the Commissioner; and

18          (3)     The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

19          DATED this 5th day of July, 2013.

20

21                                                  *Robert S. Lasnik* (signature)
                                                    Robert S. Lasnik
22                                                  United States District Judge

ORDER AFFIRMING COMMISSIONER
PAGE -1